ALLSTATE INSURANCE COMPANY *v.* STEPHEN
PALUMBO ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 731 (AC 28409), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's determination that the named defendant, who resided in an apartment and caused damage to the premises, was liable under the doctrine of equitable subrogation to the insurer of the tenant?"

The Supreme Court docket number is SC 18276.

*Neil Johnson,* in support of the petition.

*Jeremiah J. O'Connor,* in opposition.

Decided December 3, 2008

STATE OF CONNECTICUT *v.* CHEVOL A. SMITH

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 70 (AC 27762), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Michael Proto,* deputy assistant state's attorney, in opposition.

Decided December 3, 2008